

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00789-CV

Clark and Nancy **SADLER**,
Appellants

v.

**TEXAS FARM BUREAU MUTUAL INSURANCE COMPANIES**,
Appellees

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 11-03-00113-CVF
Honorable Donna S. Rayes, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellants Clark and Nancy Sadler.

SIGNED September 4, 2013.

_____
Rebeca C. Martinez, Justice